

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2015

No. 04-15-00525-CV

**AMF BOWLING CENTERS**,
Appellant

v.

**RIO VENTURES, LTD**. and Rio Club, LLC,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV03002
Honorable Jason Wolff, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Appellees' motion to strike appellant's brief and to dismiss this appeal is DENIED. Appellant's motion for extension of time to file its brief is GRANTED. Appellant's brief was filed on December 2, 2015. Appellee's brief is therefore due on **January 4, 2016**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court